# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JESSE A. CANTRELL and
KENDRA N. CANTRELL                                            PLAINTIFFS

v.                          No. 4:12-cv-62-DPM

CHESAPEAKE OPERATING, INC.                                    DEFENDANT

## ORDER

The parties report than they have settled all claims. Their joint motion to dismiss all claims with prejudice, *Document No. 11*, is granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2012