IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE A. CANTRELL and
KENDRA N. CANTRELL                                              PLAINTIFFS

v.                        No. 4:12-cv-62-DPM

CHESAPEAKE OPERATING, INC.                                      DEFENDANT

ORDER

The parties report than they have settled all claims. Their joint motion to dismiss all claims with prejudice, *Document No. 11*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2012