IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE A. CANTRELL and
KENDRA N. CANTRELL                                                      PLAINTIFFS

v.                                      No. 4:12-cv-62-DPM

CHESAPEAKE OPERATING, INC.                                              DEFENDANT

## JUDGMENT

Jesse and Kendra Cantrell's claims against Chesapeake Operating, Inc. are dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

19 December 2012