IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE A. CANTRELL and
KENDRA N. CANTRELL                                              PLAINTIFFS

v.                          No. 4:12-cv-62-DPM

CHESAPEAKE OPERATING, INC.                                      DEFENDANT

## JUDGMENT

Jesse and Kendra Cantrell's claims against Chesapeake Operating, Inc. are dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

19 December 2012